IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41475
Conference Calendar

_____

THOMAS SOSA,

                                        Plaintiff-Appellant,

versus

TIM WEST, In his official capacity as Warden;
ROBERT MORIN, Individually & In his official capacity as Major;
RICHARD ALFORD, Individually & In his official capacity as
Lieutenant; MICHAEL SIMMONS, Individually & In his official
capacity,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CV-865
- - - - - - - - - -
August 19, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

    Thomas Sosa (TDCJ # 668562) appeals the district court's

dismissal of his pro se and in forma pauperis (IFP) civil rights

complaint.  Sosa argues that the magistrate judge and district

court made several incorrect procedural rulings.  He also argues

that the court abused its discretion by dismissing his complaint

as frivolous.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and Sosa's brief and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Sosa v. West, No. 1:95cv865 (E.D. Tex. Nov. 17, 1997).

AFFIRMED.